IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KHOURNY PECH,<br><br>Petitioner,<br><br>v.<br><br>TRISTAN LEMON,<br><br>Respondent. | No. 2:23-CV-1853-DJC-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion to lift stay and amend petition. See ECF No. 19. On March 8, 2024, this action was stayed pending exhaustion of claims in state court. See ECF No. 13. On January 23, 2025, Petitioner filed the pending motion to lift stay asserting that state court proceedings have concluded. See ECF No. 19, pg. 4. Petitioner also requested leave to amend his petition. See id. at 1. Good cause appearing therefor, the stay will be lifted, and Respondent will be required to file a response to Petitioner's motion for leave to amend.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The stay of proceedings imposed on March 8, 2024, is lifted.

2. Respondent shall file a response to Petitioner's motion for leave to amend within 30 days of the date of this order.

Dated: June 18, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE