IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KHOURNY PECH,<br><br>    Petitioner,<br><br>    v.<br><br>TRISTAN LEMON,<br><br>    Respondent. | No. 2:23-CV-1853-DJC-DMC-P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On October 22, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Both Petitioner and Respondent filed timely objections to the findings and recommendations. *See* ECF Nos. 26 and 27.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

1 | supported by the record and by proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED as follows:

3 |     1.     The findings and recommendations filed October 22, 2025, ECF No. 25,
4 |         are adopted in full;

5 |     2.     Petitioner's motion to amend, ECF No. 19, is GRANTED IN PART and
6 |         DENIED IN PART;

7 |     3.     Petitioner may amend the petition as to ineffective assistance of counsel
8 |         claim raising issues of trial counsel's failure to impeach Bankeut;

9 |     4.     All other ineffective assistance of counsel claims are dismissed as
10 |         untimely and not meeting the standard for relation back;

11 |     5.     Petitioner may file a first amended petition, in accordance with this order,
12 |         within 30 days of the date of this order; and

13 |     6.     Respondent shall file a response to the first amended petition within 30
14 |         days of the filing of a first amended petition.

15 |

16 | IT IS SO ORDERED.

17 | Dated:   **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2